IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY A. CAMP
SS #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

                                                                                   PLAINTIFF

V.                        CASE NO. J-C-94-196

DONNA E. SHALALA,
Secretary of Health and
Human Services                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, it is Considered, Ordered and Adjudged that the plaintiff's motion for summary judgment is granted, the final decision of the Secretary is hereby vacated and reversed, and the cause is remanded to the Secretary for action consistent with the Court's Memorandum and Order. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. ___, 111 S. Ct. 2157 (1991).

IT IS SO ORDERED this 23rd day of May, 1995.

                                                                      /s/               
                                               United States Magistrate Judge

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 25 1995
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK

This document entered on docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-95 by MKJ.

AO 72A
(Rev. 8/82)